UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: QUIGLEY, JAMES MICHAEL § Case No. 13-26299
QUIGLEY, CHARISSE KIMBERLY §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on December 19, 2014 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 11/07/2014       By: /s/JOHN E. GIERUM
                                                    Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: QUIGLEY, JAMES MICHAEL § Case No. 13-26299
QUIGLEY, CHARISSE KIMBERLY §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 110,000.00 |
| and approved disbursements of | $ 1,365.21 |
| leaving a balance on hand of [1] | $ 108,634.79 |
| **Balance on hand:** | $ 108,634.79 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | BMO Harris Bank, N.A. | 115,802.85 | 115,802.85 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 108,634.79 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 8,750.00 | 0.00 | 8,750.00 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 955.50 | 0.00 | 955.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 9,705.50 |
| Remaining balance: | $ | 98,929.29 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 98,929.29 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $18,253.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | 18,253.92 | 0.00 | 18,253.92 |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 18,253.92 |
| | Remaining balance: | $ | 80,675.37 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 952,234.74 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | The Private Bank & Trust Company | 243,534.38 | 0.00 | 20,632.76 |
| 3U | BMO Harris Bank, N.A. | 708,700.36 | 0.00 | 60,042.61 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 80,675.37 |
| | Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $     0.00
Remaining balance:  $     0.00

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 13-26299-ABG
James Michael Quigley  Chapter 7
Charisse Kimberly Quigley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: bchavez     Page 1 of 2     Date Rcvd: Nov 10, 2014
                         Form ID: pdf006     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2014.
```
db/jdb         +James Michael Quigley,    Charisse Kimberly Quigley,    14482 Twin Lakes Ct.,
                 Green Oaks, IL 60048-2493
20666089       +American Express,    Po Box 981537,    El Paso, TX 79998-1537
20666090      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P. O. Box 982235,    El Paso, TX 79998-2235)
21377424       +BMO Harris Bank, N.A.,    Colleen E. McManus,    Carlson Dash, LLC,    216 S. Jefferson St Ste 504,
                 Chicago, IL 60661-5698
20666077       +BMO Harris NA,    PO Box 5043,    Rolling Meadows, IL 60008-5043
20666078       +BMO Harris NA,    Po Box 755,    Chicago, IL 60690-0755
20666092       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20666093       +Chase/bank One Card,    Po Box 15298,    Wilmington, DE 19850-5298
20666094       +Citi Cards/Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
20666095       +Citibank Cbsd,    701 E. 60th St. N,    Sioux Falls, SD 57104-0493
20666097       +Citicards,    701 E. 60th St. N,    Sioux Falls, SD 57104-0432
20666098        City of Chicago Water Division,    PO Box 6330,    Chicago, IL 60680-6330
20666084       +Cook County Treasurer,    PO Box 805438,    Chicago, IL 60680-4155
20666101       +DSNB/Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
20666099       +Department Stores Nation,    P.O. Box 8218,    Mason, OH 45040-8218
20666085      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit Level 7-425,
                 100 Randolph Street,    Chicago, Illinois 60601)
20666106       +John Supergan,    573 Lake Park Drive,,    Valparaiso, IN 46385-8818
20666080       +MB Financial Services,    Po Box 961,    Roanoke, TX 76262-0961
20826835        Mercedes-Benz Financial Services USA LLC f/k/a DCF,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
20666081       +Park Ridge Community Bank,    626 Talcott Rd.,    Park Ridge, IL 60068-4721
20666082       +The Private Bank,    502 W Mondamin St.,    Minooka, IL 60447-9460
21237380       +The Private Bank & Trust Company,    c/o Law Office of Richard E. Burke, LLC,
                 14475 John Humphries Drive,    Suite 200,    Orland Park, IL 60462-6216
20666088       +Village of Green Oaks,    2020 O'Plaine Rd.,    Green Oaks, IL 60048-1547
20666083       +Wells Fargo,    Po Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20666079       +E-mail/Text: bk.notifications@jpmchase.com Nov 11 2014 01:24:33     Chase Auto Finance,
                 PO Box 901076,    Ft Worth, TX 76101-2076
20666100        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2014 01:30:35     Discover Financial Services,
                 P.O. Box 15316,    Wilmington, DE 19850-5316
20731559        E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:33:14     GE Capital Retail Bank,
                (Amazon.com Consumer),    c/o Recovery Management Systems Corp,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
20666102        E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:31:45     GECRB/Banana Republic Card,
                 P.O. Box 965005,    Orlando, FL 32896-5005
20666103        E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:30:18     GECRB/JC Penney States,
                 P.O. Box 965007,    Orlando, FL 32896-5007
20666086        E-mail/Text: cio.bncmail@irs.gov Nov 11 2014 01:24:19     Internal Revenue Service,
                 Post Office Box 21126,    Philadelphia, PA 19114-0326
20666105        E-mail/Text: bnckohlsnotices@becket-lee.com Nov 11 2014 01:24:09     Kohl's Department Store,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
20666087       +E-mail/Text: sdvorak@lakecountyil.gov Nov 11 2014 01:23:31     Lake County Collector,
                 18 N. County St.,    Room 102,    Waukegan, IL 60085-4361
                                                                                              TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20666091*      +BMO Harris NA,    PO Box 755,    Chicago, IL 60690-0755
20666096*      +Citibank Cbsd,    701 E. 60th St. N.,    Sioux Falls, SD 57104-0493
20666104*       GECRB/JC Penney States,    P.O. Box 965007,    Orlando, FL 32896-5007
20666107*      +The Private Bank,    502 W Mondamin St.,    Minooka, IL 60447-9460
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: bchavez              Page 2 of 2               Date Rcvd: Nov 10, 2014
                              Form ID: pdf006            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2014 at the address(es) listed below:
              Colleen E McManus    on behalf of Creditor    BMO Harris Bank, N.A. cmcmanus@carlsondash.com,
               knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
              David J Frankel    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA
               LLC dfrankel@sormanfrankel.com,   ckauffman@sormanfrankel.com
              David P Leibowitz, ESQ    on behalf of Debtor James Michael Quigley dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              David P Leibowitz, ESQ    on behalf of Joint Debtor Charisse Kimberly Quigley
               dleibowitz@lakelaw.com,   czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              John E Gierum    on behalf of Accountant    Popowcer Katten, Ltd jgierum@7trustee.net,
               IL25@ecfcbis.com
              John E Gierum    on behalf of Trustee John E Gierum jgierum@7trustee.net,   IL25@ecfcbis.com
              John E Gierum    jgierum@7trustee.net,   IL25@ecfcbis.com
              Maria  Georgopoulos    on behalf of Creditor    WELLS FARGO BANK, N.A. nd-three@il.cslegal.com
              Martin J Wasserman    on behalf of Creditor    BMO Harris Bank, N.A. mwasserman@carlsondash.com,
               knoonan@carlsondash.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Sheryl A Fyock    on behalf of Creditor    U.S. Bank National Association sfyock@llflegal.com
                                                                                             TOTAL: 11
```