# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: QUIGLEY, JAMES MICHAEL § Case No. 13-26299-ABG
     QUIGLEY, CHARISSE KIMBERLY §
      §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,701,886.21     Assets Exempt: $542,865.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $98,929.29     Claims Discharged
                                                  Without Payment: $871,559.37

Total Expenses of Administration: $11,070.71

    3) Total gross receipts of $ 110,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $110,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $115,802.85 | $115,802.85 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,070.71 | 11,070.71 | 11,070.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 18,253.92 | 18,253.92 | 18,253.92 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 952,234.74 | 952,234.74 | 80,675.37 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,097,362.22 | $1,097,362.22 | $110,000.00 |

4) This case was originally filed under Chapter 7 on June 27, 2013. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/28/2015            By: /s/JOHN E. GIERUM
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Beerman Swerdlove LLP capital account | 1129-000 | 110,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$110,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | BMO Harris Bank, N.A. | 4110-000 | N/A | 115,802.85 | 115,802.85 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$115,802.85** | **$115,802.85** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 8,750.00 | 8,750.00 | 8,750.00 |
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 955.50 | 955.50 | 955.50 |
| JOHN E. GIERUM | 2200-000 | N/A | 101.45 | 101.45 | 101.45 |
| Rabobank, N.A. | 2600-000 | N/A | 163.49 | 163.49 | 163.49 |
| Rabobank, N.A. | 2600-000 | N/A | 147.45 | 147.45 | 147.45 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 152.40 | 152.40 | 152.40 |
| Rabobank, N.A. | 2600-000 | N/A | 167.91 | 167.91 | 167.91 |
| Rabobank, N.A. | 2600-000 | N/A | 157.16 | 157.16 | 157.16 |
| Rabobank, N.A. | 2600-000 | N/A | 151.70 | 151.70 | 151.70 |
| Rabobank, N.A. | 2600-000 | N/A | 172.40 | 172.40 | 172.40 |
| Rabobank, N.A. | 2600-000 | N/A | 151.25 | 151.25 | 151.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,070.71 | $11,070.71 | $11,070.71 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | N/A | 18,253.92 | 18,253.92 | 18,253.92 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $18,253.92 | $18,253.92 | $18,253.92 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | The Private Bank & Trust Company | 7100-000 | N/A | 243,534.38 | 243,534.38 | 20,632.76 |
| 3U | BMO Harris Bank, N.A. | 7100-000 | N/A | 708,700.36 | 708,700.36 | 60,042.61 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $952,234.74 | $952,234.74 | $80,675.37 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-26299-ABG  
**Case Name:** QUIGLEY, JAMES MICHAEL  
QUIGLEY, CHARISSE KIMBERLY  
**Period Ending:** 05/28/15

**Trustee:**   (520171)   JOHN E. GIERUM  
**Filed (f) or Converted (c):** 06/27/13 (f)  
**§341(a) Meeting Date:** 08/16/13  
**Claims Bar Date:** 12/31/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  2 BR Condo Rental, Y-(Title held in Q4838 LLC)  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 58,483.00 | 0.00 | | 0.00 | FA |
| 2  Primary Residence-single Family,14482 Twin Oaks  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 432,489.00 | 0.00 | | 0.00 | FA |
| 3  RLP house and 431 Mich Ave building,  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 141,816.00 | 0.00 | | 0.00 | FA |
| 4  Multi Family apartments,title held Q5341 LLC  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 350,000.00 | 0.00 | | 0.00 | FA |
| 5  5538, 5546 S. Lowe, (1/2 interest thru QS Lowe  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 110,000.00 | 0.00 | | 0.00 | FA |
| 6  Cash on hand  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 200.00 | 200.00 | | 0.00 | FA |
| 7  Income Tax Servicing Account - 5th 3rd Bank  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 182.72 | 182.72 | | 0.00 | FA |
| 8  -*Money Market Account Capital  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 493.00 | 493.00 | | 0.00 | FA |
| 9  Bank & Trust Joint Checking W Indeterminate vari  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 1,221.00 | 1,221.00 | | 0.00 | FA |
| 10  Market Account Colorado Capital  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 900.00 | 900.00 | | 0.00 | FA |
| 11  Account with 5th 3rd Bank  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 236.49 | 236.49 | | 0.00 | FA |
| 12  Household Furniture And Furnishings & Personal | 3,000.00 | 3,000.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-26299-ABG  
**Case Name:** QUIGLEY, JAMES MICHAEL  
QUIGLEY, CHARISSE KIMBERLY  
**Period Ending:** 05/28/15  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 06/27/13 (f)  
**§341(a) Meeting Date:** 08/16/13  
**Claims Bar Date:** 12/31/13  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|---|---:|---:|
| Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | | | | | |
| 13  Business Attire (suits, Ties, Mimimal Casualware<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 14  Watches, Cufflinks And Gold Chain Home<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 15  Lady's wedding rings, watch, earings home<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 8,000.00 | 4,000.00 | | 0.00 | FA |
| 16  Lady's clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 17  Inexpensive Golf Clubs<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 50.00 | 50.00 | | 0.00 | FA |
| 18  basketball, baseball and soccer equipment,<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 150.00 | 150.00 | | 0.00 | FA |
| 19  -79Music and CDs<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 100.00 | 100.00 | | 0.00 | FA |
| 20  ware, ICameras<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 21  Term Life Insurance Policy ($500,000 death benef<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 0.00 | 0.00 | | 0.00 | FA |
| 22  Profit Sharing with Present Law Practice<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 1 | 175,000.00 | 0.00 | | 0.00 | FA |
| 23  Keogh from former Law Practice<br>Orig. Asset Memo: Imported from original petition | 305,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-26299-ABG  **Trustee:** (520171) JOHN E. GIERUM
**Case Name:** QUIGLEY, JAMES MICHAEL  **Filed (f) or Converted (c):** 06/27/13 (f)
QUIGLEY, CHARISSE KIMBERLY  **§341(a) Meeting Date:** 08/16/13
**Period Ending:** 05/28/15  **Claims Bar Date:** 12/31/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Doc# 1; Imported from Amended Doc#: 1 | | | | | |
| 24 IRA<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 35,000.00 | 0.00 | | 0.00 | FA |
| 25 Real Estate Contracting (Famiglia Contracting &<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 0.00 | 0.00 | | 0.00 | FA |
| 26 Famiglia Contracting and Development Inc Stock (<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 0.00 | 0.00 | | 0.00 | FA |
| 27 XChanQ 5431 LLC (Single Member LLC) 5431 S. Mich<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 0.00 | 0.00 | | 0.00 | FA |
| 28 Lowe LLC (50 % membership interest in LLC) S. Lo<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 0.00 | 0.00 | | 0.00 | FA |
| 29 NewQ4838 LLC (Single Member LLC)<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 0.00 | 0.00 | | 0.00 | FA |
| 30 Beerman Swerdlove LLP capital account<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 133,000.00 | 133,000.00 | | 110,000.00 | FA |
| 31 Term Life Insurance ($500,000 death benefit) or<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 0.00 | 0.00 | | 0.00 | FA |
| 32 Possible income tax refund or liability<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | Unknown | 0.00 | | 0.00 | FA |
| 33 License to Practice Law in Illinois Give particu<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | Unknown | 0.00 | | 0.00 | FA |
| 34 to practice medicine (not board certified) K. Qu<br>   Orig. Asset Memo: Imported from original petition | Unknown | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-26299-ABG  
**Case Name:** QUIGLEY, JAMES MICHAEL  
QUIGLEY, CHARISSE KIMBERLY  
**Period Ending:** 05/28/15

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 06/27/13 (f)  
**§341(a) Meeting Date:** 08/16/13  
**Claims Bar Date:** 12/31/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Doc# 1; Imported from Amended Doc#: 1 | | | | | |
| 35 | license (lapsed)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | Unknown | 0.00 | | 0.00 | FA |
| 36 | 2008 Chevrolet Suburban and accessories.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 15,000.00 | 11,000.00 | | 0.00 | FA |
| 37 | y202007 Mercedes SUV<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 15,400.00 | 0.00 | | 0.00 | FA |
| 38 | upt1988 Chevrolet Corvette<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 8,000.00 | 4,000.00 | | 0.00 | FA |
| 39 | 2012 Prius V<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 20,000.00 | 0.00 | | 0.00 | FA |
| 40 | Office Furnishings Chicago Law Office<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 41 | Home office equipment, computers Home<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 42 | Normal home maintenance equipment<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 100.00 | 100.00 | | 0.00 | FA |
| 43 | Family dog<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | Unknown | 0.00 | | 0.00 | FA |
| 44 | Health Savings Account<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 1 | 12,365.00 | 0.00 | | 0.00 | FA |
| **44  Assets  Totals** (Excluding unknown values) | **$1,834,886.21** | **$163,833.21** | | **$110,000.00** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case Number:** 13-26299-ABG  
**Case Name:** QUIGLEY, JAMES MICHAEL  
QUIGLEY, CHARISSE KIMBERLY  
**Period Ending:** 05/28/15

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 06/27/13 (f)  
**§341(a) Meeting Date:** 08/16/13  
**Claims Bar Date:** 12/31/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

sold capital account in lawfirm, retained accountant , filed TFR, Court hearing held and checks are issued.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014       **Current Projected Date Of Final Report (TFR):**   November 6, 2014  (Actual)

Printed: 05/28/2015 11:14 AM     V.13.23

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 13-26299-ABG  
**Case Name:** QUIGLEY, JAMES MICHAEL  
QUIGLEY, CHARISSE KIMBERLY  
**Taxpayer ID #:** \*\*-\*\*\*1870  
**Period Ending:** 05/28/15

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*9566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/17/13 | {30} | Beermann Pritikin Mirabelli Swerdlove LLP | Debtor's Capital Account | 1129-000 | 110,000.00 | | 110,000.00 |
| 12/17/13 | {30} | Beermann Pritikin Mirabelli Swerdlove LLP | Reversed Deposit 100001 1 Debtor's Capital Account | 1129-000 | -110,000.00 | | 0.00 |
| 12/30/13 | {30} | Beermann Pritikin Mirabelli Swerdlove LLP | Debtor's capital account | 1129-000 | 110,000.00 | | 110,000.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.49 | 109,836.51 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.45 | 109,689.06 |
| 03/04/14 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #13-26299, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 101.45 | 109,587.61 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.40 | 109,435.21 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 167.91 | 109,267.30 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.16 | 109,110.14 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.70 | 108,958.44 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.40 | 108,786.04 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.25 | 108,634.79 |
| 12/23/14 | 102 | JOHN E. GIERUM | Dividend paid 100.00% on $8,750.00, Trustee Compensation; Reference: | 2100-000 | | 8,750.00 | 99,884.79 |
| 12/23/14 | 103 | Lois West, Popowcer Katten, Ltd. | Dividend paid 100.00% on $955.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 955.50 | 98,929.29 |
| 12/23/14 | 104 | Internal Revenue Service | First and Final Distribution | 5800-000 | | 18,253.92 | 80,675.37 |
| 12/23/14 | 105 | The Private Bank & Trust Company | First and Final Distribution | 7100-000 | | 20,632.76 | 60,042.61 |
| 12/23/14 | 106 | BMO Harris Bank, N.A. | First and Final Distribution | 7100-000 | | 60,042.61 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 110,000.00 | 110,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 110,000.00 | 110,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$110,000.00** | **$110,000.00** | |

{} Asset reference(s)

Printed: 05/28/2015 11:14 AM    V.13.23

Case 13-26299    Doc 52    Filed 06/05/15    Entered 06/05/15 14:43:54    Desc Main
Document      Page 11 of 11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 13-26299-ABG | | **Trustee:** | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| **Case Name:** | QUIGLEY, JAMES MICHAEL | | **Bank Name:** | Rabobank, N.A. |
| | QUIGLEY, CHARISSE KIMBERLY | | **Account:** | ******9566 - Checking Account |
| **Taxpayer ID #:** | **-***1870 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 05/28/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | **Checking # ******9566** | **110,000.00** | **110,000.00** | **0.00** |
| | | **$110,000.00** | **$110,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 05/28/2015 11:14 AM    V.13.23